IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES CHESTER KEMP | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv463 |
| TEXAS DEPT. OF CRIM. JUST., ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Plaintiff James Chester Kemp, proceeding *pro se*, filed this lawsuit. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judg.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b)..

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Proper notice was given to plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2).  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 7] is ADOPTED as the opinion of the Court.  A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 27th day of February, 2026.**

_____

Michael J. Truncale
United States District Judge